Kevin P. Roddy, CA State Bar No. 128283
  kroddy@wilentz.com
Lynne M. Kizis, Pro Hac Vice
  lkizis@wilentz.com
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive, Suite 900
Woodbridge, New Jersey 07095
Tel:   (732) 855-6402

Kimberly Beck, Pro Hac Vice
  kim@becklawcenter.com
BECK LAW CENTER
201 E. 5th Street, Suite 1900
Cincinnati, Ohio
Tel:   (888) 434-2912

Shehnaz M. Bhujwala, CA State Bar No. 223484
  bhujwala@boucher.la
BOUCHER LLP
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367-4903
Tel:   (818) 340-5400
Fax:   (818) 340-5401

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYDEN ESPINOSA, an individual,<br><br>                    Plaintiff,<br><br>     v.<br><br>MERCK & CO., INC., a New Jersey Corporation; MERCK SHARP & DOHME CORP., a New Jersey Corporation; ORGANON & CO., a Delaware Corporation; ORGANON LLC, a Delaware Limited Liability Company; and DOES 1-10, Inclusive,<br><br>                    Defendants. | Case No. 2:23-cv-02296-DMG-MAA<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS ASSERTED BY PLAINTIFF HAYDEN ESPINOSA PURSUANT TO FEDERAL RULE OF PROCEDURE 41 AND PROPOSED ORDER**<br><br>Judge: Hon. Dolly M. Gee |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Stipulation ("Stipulation") is entered into by and among Plaintiff HAYDEN ESPINOSA ("Plaintiff") and Defendants Merck & Co., Inc., Merck Sharp & Dohme Corp., Organon & Co., and Organon, LLC ("Defendants"), by and through their respective attorneys of record, and being all of the parties in this action, jointly stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses, and fees.

Respectfully submitted this 30th day of April, 2024,

BECK LAW CENTER

By: */s/ Kimberly L. Beck*
    Kimberly L. Beck
*Counsel for Plaintiff*

KING & SPALDING LLP

By: */s/ Susan V. Vargas*
    Susan V. Vargas
*Counsel for Defendants*

## ATTESTATION

I, Susan V. Vargas, am the ECF user whose password is being used to file the Joint Stipulation. I hereby attest that the other signatories to this Joint Stipulation concur in this filing.

DATED: April 30, 2024

By: */s/ Susan V. Vargas*
    SUSAN V. VARGAS
    Counsel for Defendants